UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA A. PYLE,** | ) |
| Plaintiff, | ) Case No. SACV 12-2058 AJW |
| v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and the matter is remanded for further administrative proceedings consistent with the memorandum of decision.

March 14, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge